**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA-SACRAMENTO**

| | |
|---|---|
| UNITED STATES, for the use of ) CAL-STEAM, INC., ) | |
| ) | |
| Plaintiff, ) | CASE NO. 2:12-cv-01623-JAM-KJN |
| ) | |
| v. ) | |
| ) | **ORDER** |
| KORTE CONSTRUCTION ) COMPANY, et al. ) | |
| ) | |
| Defendants. ) | |

This Court, having duly considered the parties' Joint Stipulation for Dismissal, does hereby dismiss Use-Plaintiff's Complaint in its entirety with prejudice.  Each party shall bear its respective attorneys' fees and costs of Court.


IT IS SO ORDERED.


Date:  March 25, 2013                    /s/ John A. Mendez_____
                                                          The     Honorable    John    A.    Mendez
                                                          United States District Court Judge

#1406390/1 – Order